

AUSA KKD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: '08 MJ 8746 |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Min Kyong SHIN-Sanchez | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about August 19, 2008, within the Southern District of California, defendant Min Kyong SHIN Sanchez, did knowingly and intentionally import approximately 52.68 kilograms (115.89 pounds) of marijuana, a Schedule I Controlled substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF AUGUST, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Min Kyong SHIN Sanchez

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 19, 2008, at approximately 2300 hours, Min Kyong SHIN-Sanchez (SHIN) entered the United States from the Republic of Mexico at the Calexico, California, West Port of Entry. SHIN was the driver of a blue 2001 Ford Windstar bearing California license plate 6DWW155.

Primary Customs and Border Protection (CBP) Officer A. Moreno received a negative Customs declaration from SHIN. SHIN presented her valid U. S. passport. CBP Officer Moreno inquired about the purpose of her trip into Mexico. SHIN stated she went to visit relatives. CBP Officer Moreno conducted an examination of the vehicle and noticed a discrepancy in the floor level of the vehicle. CBP Officer Pelayo noticed the discrepancy in the floor of the vehicle. Border Patrol Dog Handler (BPDH) E. Mendoza utilized his Narcotics Detector Dog (NDD) to screen the vehicle. The NDD alerted to the vehicle driven by SHIN. CBP Officer Moreno escorted SHIN to the Vehicle Secondary Office. CBP Officer Pelayo drove the vehicle to the secondary lot for further inspection.

In secondary, the CBP Officer Pelayo drilled a hole in the side of the raised floor compartment and revealed a green leafy substance. A thorough physical search of the vehicle revealed

packages concealed in the non-factory floor compartment of the vehicle. CBP Officer Pelayo removed one package. A presumptive field test indicated the contents of these packages to be marijuana. Thirty-four (34) packages were discovered. The total weight of the packages was approximately 52.68 kilograms (115.89 pounds).

    SHIN was notified of her arrest and advised of her Miranda Rights, which she acknowledged and waived. During the interview, SHIN admitted believing the vehicle contained a controlled substance. SHIN was to be paid $2,000.00 for smuggling narcotics into the United States.